## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLY GILLASPIE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV610 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HOFFMANN-LA ROCHE INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Amend Complaint (Filing No. 14) and Motion to Restrict Access (Filing No. 15). The plaintiff seeks to amend the complaint to add Disability Management Alternatives, LCC, a/k/a DMA LLC, Claims Administrator for Hoffmann-La Roche, Inc.'s Long-Term Disability Plan, as a defendant to this action. Additionally, the plaintiff seeks to restrict access to the plaintiff's personal and confidential medical information pursuant to NECivR 7.5. Specifically, the plaintiff seeks to have the court restrict access by preventing public access to the plaintiff's complaint, amended complaint and the defendant's answer to the amended complaint. The plaintiff also seeks to restrict access to certain discovery and evidence either exchanged or to be exchanged during the course of litigation. The plaintiff states the defendant has no objection to either motion.

The plaintiff's timely and unopposed motion to amend the complaint will be granted. Additionally, the plaintiff's motion to restrict access to specific documents either filed or to be filed with the court is granted, pursuant to NECivR 7.5. However, counsel, rather than the court clerks, are responsible for preventing the disclosure of certain confidential information in case filings. **See** NEGenR 1.3(c). Furthermore, to the extent the plaintiff seeks to protect personal and confidential information from public disclosure during discovery, the plaintiff may propose a protective order pursuant to Fed. R. Civ. P. 26(c). As it appears the defendant will have not objection to a protective order, the parties may submit a draft protective order to the court in accordance with the federal and local rules. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Amend Complaint (Filing No. 14) is granted. The plaintiff shall have to **on or before February 23, 2007**, to present the signed Amended Complaint to the Clerk of Court for filing under access restricted to the court staff and counsel of record only.

2. The plaintiff's Motion to Restrict Access (Filing No. 15) is granted, to the extent the court will direct the Clerk of Court to restrict access to the plaintiff's complaint (Filing No. 1, Exhibit A), and the plaintiff's amended complaint and the defendant's answer to the amended complaint, which have not yet been filed.

3. The Clerk of Court shall restrict access to the court staff and counsel of record for the plaintiff's complaint (Filing No. 1, Exhibit A), and the plaintiff's amended complaint and the defendant's answer to the amended complaint, which have not yet been filed.

4. The Clerk of Court shall file the plaintiff's proposed amended complaint as an index of evidence in support of the plaintiff's Motion to Amend Complaint (Filing No. 14), under restricted access to the court staff and counsel of record.

DATED this 14th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge