# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KELLY GILLASPIE,** ) | |
| ) | **8:06CV610** |
| **Plaintiff** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **HOFFMANN-LA ROCHE INC.** and ) | |
| **DISABILITY MANAGEMENT** ) | |
| **ALTERNATIVES, LLC, a/k/a DMA, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

    This matter comes before the Court on the Motion to Approve Stipulation Regarding Mediation and to Allow Defendants to be Jointly Represented at Mediation (Filing No. 30) filed by the defendants Hoffmann-La Roche Inc. (Roche) and Disability Management Alternatives, LLC (DMA). The defendants contend a representative from Roche retains full discretionary authority to compromise and settle the plaintiff's claims. Therefore the defendants seek an order excusing the defendant DMA from sending a separate representative to attend the mediation. Neither the mediator nor the plaintiff oppose the proposed representation during the mediation. Having reviewed the Motion, the Stipulation Regarding Mediation (Filing No. 29) and being duly advised in the premises thereof, the Court hereby finds and orders as follows:

**IT IS ORDERED:**

1. The Stipulation Regarding Mediation (Filing No. 29) is adopted.

2. The defendants' Motion to Approve Stipulation Regarding Mediation and to Allow Defendants to be Jointly Represented at Mediation (Filing No. 30) is granted.

DATED this 11th day of June, 2007.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken
                                      United States Magistrate Judge