IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KELLY GILLASPIE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV610 |
| v. | ) | |
| | ) | ORDER |
| **HOFFMAN-LA ROCHE INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge through the Mediation Closure Notice (Filing No. 32) filed August 6, 2007 by the mediator, John C. Brownrigg,

**IT IS ORDERED that:**

1.  The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 24, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 7th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge