IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY GILLASPIE, ) | |
| ) | 8:06CV00610 |
| Plaintiff ) | |
| ) | **ORDER AND JUDGMENT OF** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| HOFFMANN-LA ROCHE INC. and ) | |
| DISABILITY MANAGEMENT ) | |
| ALTERNATIVES, LLC, a/k/a DMA, LLC, ) | |
| ) | |
| Defendants. ) | |

  This matter comes before the Court on the Stipulation For Dismissal with Prejudice (filing number 34) filed by Plaintiff and Defendants. Having reviewed the Stipulation and having been advised that the parties have reached a settlement of all claims, the Court hereby finds and orders as follows:

  IT IS ORDERED that this action together with all claims asserted herein shall be and the same is hereby DISMISSED WITH PREJUDICE, each of Plaintiff and Defendants to bear their own costs and attorneys' fees.

  IT IS SO ORDERED this 9th day of August, 2007.

         /s Joseph F. Bataillon
         _____

         Joseph F. Bataillon
         United States District Judge